JS-6

1
2
3
4
5
6
7
8

UNITED STATES DISTRICT COURT

9

CENTRAL DISTRICT OF CALIFORNIA

10

BRETT SALVO,

Case No. CV 20-00267-AB (JPRx)

11

Plaintiff,

12

v.

ORDER DISMISSING CIVIL ACTION

13

ARTSPACE WAREHOUSE LLC,

14

Defendant.

15

16     THE COURT having been advised by counsel that the above-entitled action has
17 been settled;
18     IT IS THEREFORE ORDERED that this action is hereby dismissed without
19 costs and without prejudice to the right, upon good cause shown within **30 days,** to re-
20 open the action if settlement is not consummated.  This Court retains full jurisdiction
21 over this action and this Order shall not prejudice any party to this action.

22
23
24 Dated:  May 26, 2020     _____

25     ANDRÉ BIROTTE JR.
    UNITED STATES DISTRICT JUDGE

26
27
28

1.